# EXHIBIT 3

Initial Return of Service

*Sherlach v. Jones, et al.,*
Judicial District of Fairfield
Dkt. No. FBT-CV18-6076475-S
July 6, 2018

STATE OF CONNECTICUT:
                           : SS: HARTFORD          JULY 2, 2018
COUNTY OF HARTFORD :

Then and by virtue hereof, and by direction of the Plaintiff's Attorney, pursuant to C.G.S. Section 52-59b, I left a verified, true and attested copy of the within original WRIT, SUMMONS and COMPLAINT at the office of Denise Merrill, Secretary of State, Statutory Agent for Service and duly authorized to accept service on behalf of the within named Defendant **ALEX JONES** and paid statutory fees in the amount of $50.00, at 30 Trinity Street, in the Town of Hartford, County of Hartford.

And also, on the 2nd day of July, 2018, a verified, true and attested copy of the within original WRIT, SUMMONS, COMPLAINT and DEFENDANT'S RETURN with an endorsement thereon of service upon the Connecticut Secretary of State was deposited in the U.S. Mail, Rocky Hill, CT, Certified Mail and Return Receipt Requested, addressed to the within named Defendant:

**ALEX JONES**
**15101 BACK OF THE MOON STREET, UNIT D**
**AUSTIN, TX  78734**

The complete address is stated above.
Supplemental return to follow.

And also, on the 2nd day of July, 2018, pursuant to C.G.S. Section 34-275a, I left two verified, true and attested copies of the within original WRIT, SUMMONS and COMPLAINT at the office of Denise Merrill, Secretary of State, Statutory Agent for Service and duly authorized to accept service on behalf of the within named Defendant **INFOWARS, LLC** and paid statutory fees in the amount of $50.00, at 30 Trinity Street, in the Town of Hartford, County of Hartford.

And also, on the 2nd day of July, 2018, pursuant to C.G.S. Section 34-275a, I left two verified, true and attested copies of the within original WRIT, SUMMONS and COMPLAINT at the office of Denise Merrill, Secretary of State, Statutory Agent for Service and duly authorized to accept service on behalf of the within named Defendant **FREE SPEECH SYSTEMS, LLC** and paid statutory fees in the amount of $50.00, at 30 Trinity Street, in the Town of Hartford, County of Hartford.

And also, on the 2nd day of July, 2018, pursuant to C.G.S. Section 34-275a, I left two verified, true and attested copies of the within original WRIT, SUMMONS and COMPLAINT at the office of Denise Merrill, Secretary of State, Statutory Agent for Service and duly authorized to accept service on behalf of the within named Defendant **INFOWARS HEALTH LLC** and paid statutory fees in the amount of $50.00, at 30 Trinity Street, in the Town of Hartford, County of Hartford.

And also, on the 2nd day of July, 2018, pursuant to C.G.S. Section 34-275a, I left two verified, true and attested copies of the within original WRIT, SUMMONS and COMPLAINT at the office of Denise Merrill, Secretary of State, Statutory Agent for Service and duly authorized to accept service on behalf of the within named Defendant **PRISON PLANET TV LLC** and paid statutory fees in the amount of $50.00, at 30 Trinity Street, in the Town of Hartford, County of Hartford.

And also, on the 2nd day of July, 2018, pursuant to C.G.S. Section 52-59b, I left a verified, true and attested copy of the within original WRIT, SUMMONS and COMPLAINT at the office of Denise Merrill, Secretary of State, Statutory Agent for Service and duly authorized to accept service on behalf of the within named Defendant **WOLFGANG HALBIG** and paid statutory fees in the amount of $50.00, at 30 Trinity Street, in the Town of Hartford, County of Hartford.

And also, on the 2nd day of July, 2018, a verified, true and attested copy of the within original WRIT, SUMMONS, COMPLAINT and DEFENDANT'S RETURN with an endorsement thereon of service upon the Connecticut Secretary of State was deposited in the U.S. Mail, Rocky Hill, CT, Certified Mail and Return Receipt Requested, addressed to the within named Defendant:

**WOLFGANG HALBIG**
**25526 HAWKS RUN LANE**
**SORRENTO, FL 32776**

Supplemental return to follow.

And also, on the 2nd day of July, 2018, I left a verified, true and attested copy of the within original WRIT, SUMMONS and COMPLAINT at the usual place of abode of the within named Defendant **CORY T. SKLANKA** at 515 Gracey Avenue, in the Town of Meriden, County of New Haven.

And also, on the 2nd day of July, 2018, pursuant to C.G.S. Section 33-929(b)(1) a verified, true and attested copy of the within original WRIT, SUMMONS and COMPLAINT was deposited in the U.S. Mail, Rocky Hill, CT, Certified Mail and Return Receipt Requested, addressed to the within named Defendant:

**GENESIS COMMUNICATIONS NETWORK, INC.**
**C/O THE SECRETARY**
**190 COBBLESTONE LANE**
**BURNSVILLE, MN 55337**

Supplemental return to follow.

And also, on the 2nd day of July, 2018, pursuant to C.G.S. Section 33-929(b)(1) a verified, true and attested copy of the within original WRIT, SUMMONS and COMPLAINT was deposited in the U.S. Mail, Rocky Hill, CT, Certified Mail and Return Receipt Requested, addressed to the within named Defendant:

**MIDAS RESOURCES, INC.**
**C/O THE SECRETARY**
**190 COBBLESTONE LANE**
**BURNSVILLE, MN  55337**

Supplemental return to follow.

The within are the original WRIT, SUMMONS and COMPLAINT with my doings hereon endorsed.

| | | |
|---|---|---|
| SERVICE | $  240.00 | ATTEST: |
| PAID SEC OF STATE | 300.00 | |
| PAID POSTAGE | 35.44 | |
| PAGES | 587.00 | *(signature)* |
| 40 MILES | 21.80 | |
| ENDORSEMENTS | 13.20 | BARBARA COFFEY |
| TOTAL | $ 1197.44 | CONNECTICUT STATE MARSHAL |
| | | HARTFORD COUNTY |