# EXHIBIT 4

Supplemental Return of Service

*Sherlach v. Jones, et al.,*
Judicial District of Fairfield
Dkt. No. FBT-CV18-6076475-S
July 10, 2018

# AFFIDAVIT OF SERVICE

**State of Connecticut**  **County of Fairfield**  **Superior Court**

Case Number: JD-CV-1

Plaintiff:
**William Sherlach**

vs.

Defendant:
**Alex Jones, et al.**

Received by Stinnett Process LLC on the 2nd day of July, 2018 at 10:33 am to be served on **Alex Jones, 15101 Back of the Moon, Unit D, Austin, TX 78734**.

I, Barbara C. Stinnett, being duly sworn, depose and say that on the **3rd day of July, 2018** at **2:17 pm, I:**

**POSTED** by attaching a true copy of the **Summons; Complaint** with the date of service endorsed thereon by me, to the front door of the usual place of abode of the within named defendant, **Alex Jones** at **15101 Back of the Moon, Unit D, Austin, TX 78734**.

**Additional Information pertaining to this Service:**
I attached the above documents OVER previous documents I served to Alex Jones on June 13, 2018 via posting on the front door (see attached pictures)

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State of _Texas_, County of _Travis_

Subscribed and Sworn to before me on the _05_ day of _July_, _2018_ by the affiant who is personally known to me.

NOTARY PUBLIC

HARRISON STINNETT
My Notary ID # 129047716
Expires July 9, 2020

Barbara C. Stinnett
PSC-1181; Exp: 07/31/2020

**Stinnett Process LLC**
P.O. Box 684627
Austin, TX 78768
(512) 797-3399

Our Job Serial Number: SNN-2018000919

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2n



