# **EXHIBIT 6**

Consent to Removal

Defendant Wolfgang Halbig

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SHERLACH | : |
| Plaintiffs, | : Case No. |
| v. | : |
| | : July 27, 2018 |
| ALEX EMRIC JONES, INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, INFOWARS HEALTH, LLC, PRISON PLANET TV, LLC, WOLFGANG HALBIG, CORY T. SKLANKA, GENESIS COMMUNICATIONS NETWORK, INC., and MIDAS RESOURCES, INC., | : |
| Defendants. | : |

## CONSENT TO REMOVAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446, the Defendant, Wolfgang Halbig, hereby consents to the removal to this Court, by Defendant Alex Emric Jones, the civil action from the Superior Court, Judicial District of Fairfield at Bridgeport, Connecticut ("state court") entitled *Sherlach, William v. Jones, et al.*, bearing a return date of July 24, 2018, and a Case No. FBT-CV18-6076475-S.

Such consent should not be deemed a waiver of any substantive, procedural, or jurisdictional defenses to the claims of the plaintiffs, which are all hereby preserved.

Dated: July 28, 2018

Respectfully submitted,

*Wolfgang Halbig*
Wolfgang Halbig, *pro se*
25526 Hawks Run Lane
Sorrento, Florida 32776
Tel:  (352) 729-2559
Fax:  (352) 729-2559
Wolfgang.halbig@comcast.net