# **<u>EXHIBIT 7</u>**

Consent to Removal

Defendant Midas Resources, Inc.



Tennyson Fauver <tjf@randazza.com>

# Re: Consent to Removal
1 message

**Brown, Stephen P.** <Stephen.Brown@wilsonelser.com>  Mon, Jul 30, 2018 at 3:09 AM
To: Jay Marshall Wolman <jmw@randazza.com>, Tennyson Fauver <tjf@randazza.com>
Cc: Alex Shepard <ajs@randazza.com>, Trey Rothell <tar@randazza.com>, "Cuglietto, Nicole R." <Nicole.Cuglietto@wilsonelser.com>

You have our consent for our client

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Jay Marshall Wolman <jmw@randazza.com>
Date: 7/30/18 4:33 AM (GMT-05:00)
To: Tennyson Fauver <tjf@randazza.com>
Cc: "Brown, Stephen P." <Stephen.Brown@wilsonelser.com>, Alex Shepard <ajs@randazza.com>, Trey Rothell <tar@randazza.com>, "Cuglietto, Nicole R." <Nicole.Cuglietto@wilsonelser.com>
Subject: Re: Consent to Removal

Stephen,

Just a quick reminder we're looking for these to be completed Monday.

Thank you.

Sincerely,
Jay Wolman

On Jul 27, 2018, at 9:41 AM, Tennyson Fauver <tjf@randazza.com> wrote:

> Mr. Brown,
>
> Please see the attached Consent to Removal for Midas Resources, Inc., in the Sherlach, William v. Jones, et al., case. If you could sign and return to us by Monday we would greatly appreciate it.
>
> Thanks,
> **Tennyson J. Fauver*** | **Randazza Legal Group, PLLC**
> 2764 Lake Sahara Drive, Suite 109, Las Vegas, NV 89117
> Tel: (702) 420-2001 | Email: tjf@randazza.com
>
> *Legal Assistant - Not licensed to practice law.
>
> <2018.07.27 Consent to Removal - Midas.pdf>

CONFIDENTIALITY NOTICE: This electronic message is intended to be

viewed only by the individual or entity to whom it is addressed.

It may contain information that is privileged, confidential and

exempt from disclosure under applicable law. Any dissemination,

distribution or copying of this communication is strictly prohibited

without our prior permission. If the reader of this message is not

the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at [www.wilsonelser.com](www.wilsonelser.com) or refer to any of our offices.

Thank you.