# **EXHIBIT 8**

Consent to Removal

Defendant
Genesis Communication Network, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SHERLACH | : |
| | : |
| Plaintiffs, | : Case No. |
| | : |
| v. | : |
| | : July 27, 2018 |
| ALEX EMRIC JONES, INFOWARS, LLC, | : |
| FREE SPEECH SYSTEMS, LLC, | : |
| INFOWARS HEALTH, LLC, PRISON | : |
| PLANET TV, LLC, WOLFGANG | : |
| HALBIG, CORY T. SKLANKA, GENESIS | : |
| COMMUNICATIONS NETWORK, INC., | : |
| and MIDAS RESOURCES, INC., | : |
| | : |
| Defendants. | : |

## CONSENT TO REMOVAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446, the Defendant, Genesis Communications Network, Inc., hereby consents to the removal to this Court, by Defendant Alex Emric Jones, the civil action from the Superior Court, Judicial District of Fairfield at Bridgeport, Connecticut ("state court") entitled *Sherlach, William v. Jones, et al.*, bearing a return date of July 24, 2018, and a Case No. FBT-CV-18-6076475-S.

Such consent should not be deemed a waiver of any substantive, procedural, or jurisdictional defenses to the claims of the plaintiffs, which are all hereby preserved. By giving the instant

consent, such is not intended to constitute an appearance in the civil action in either the state court or the District Court.

Dated: July __, 2018

Respectfully submitted,
GENESIS COMMUNICATIONS NETWORK, INC.,
By its President,

Ted Anderson
Genesis Communications Network, Inc.
190 Cobblestone Lane
Burnsville, Minnesota 55337
Tel:
Fax:
T.anderson@gcnlive.com