UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERICA LAFFERTY; DAVID WHEELER; FRANCINE WHEELER; JACQUELINE BARDEN; MARK BARDEN; NICOLE HOCKLEY; IAN HOCKLEY; JENNIFER HENSEL; JEREMY RICHMAN; DONNA SOTO; CARLEE SOTO-PARISI; CARLOS M. SOTO; JILLIAN SOTO; and WILLIAM ALDENBERG,<br><br>    Plaintiffs,<br><br>v.<br><br>ALEX EMRIC JONES; INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC; INFOWARS HEALTH, LLC; PRISON PLANET TV, LLC; WOLFGANG HALBIG; CORY T. SKLANKA; GENESIS COMMUNICATIONS NETWORK, INC.; and MIDAS RESOURCES, INC.,<br><br>    Defendants. | Case No. 3:18-cv-01156-JCH<br><br>July 31, 2018 |
| WILLIAM SHERLACH,<br><br>    Plaintiff,<br><br>v.<br><br>ALEX EMRIC JONES; INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC; INFOWARS HEALTH, LLC; PRISON PLANET TV, LLC; WOLFGANG HALBIG; CORY T. SKLANKA; GENESIS COMMUNICATIONS NETWORK, INC.; and MIDAS RESOURCES, INC.,<br><br>    Defendants. | Case No. 3:18-cv-01269-MPS<br><br>July 31, 2018 |

## NOTICE OF RELATED CASES

Pursuant to Local Rule 40(b)(2), Defendant Alex Emric Jones hereby gives notice of related cases pending before this Court.

Both of the above-captioned proceedings, *Lafferty, et al., v. Jones, et al.*, Case No. 3:18-cv-01156-JCH and *Sherlach v. Jones, et al.*, relate to the same allegations brought by similarly situated plaintiffs against the same defendants.

The *Lafferty* matter was filed on May 23, 2018 in the Superior Court, Judicial District of Fairfield at Bridgeport, Connecticut, and removed by Defendants Alex Emric Jones, Infowars, LLC, Free Speech Systems, LLC, Infowars Health, LLC, and Prison Planet TV, LLC on July 13, 2018.  The proceeding was assigned to District Judge Janet C. Hall.

The *Sherlach* matter was filed on July 6, 2018 in the same Superior Court against the same Defendants as the *Lafferty* matter, and was removed by Defendants Alex Emric Jones, Infowars, LLC, Free Speech Systems, LLC, Infowars Health, LLC, and Prison Planet TV, LLC on July 31, 2018.  The proceeding was assigned to District Judge Michael P. Shea.

The underlying complaints in both matters make factually identical allegations and bring the same claims against the same defendants.  Defendants noted the related nature of the cases on the civil cover sheet filed with the Notice of Removal in the *Sherlach* matter.

Accordingly, Defendant files this Notice of Related Cases.

Dated: July 31, 2018.                    Respectfully submitted,

/s/ Jay M. Wolman
Jay M. Wolman, ct29129
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel:  702-420-2001
ecf@randazza.com

Marc J. Randazza, *pro hac vice* forthcoming
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel:  702-420-2001
ecf@randazza.com

*Attorneys for Infowars Defendants*

Case Nos. 3:18-cv-01156-JCH & 3:18-cv-01269-MPS

## CERTIFICATE OF SERVICE

I hereby certify that, on this 31st day of July 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

I further certify that copies of the foregoing document are being served by electronic mail and U.S. Mail upon the parties at the addresses below:

William M. Bloss
Matthew S. Blumenthal
KOSKOFF KOSKOFF & BIEDER
350 Fairfield Avenue
Bridgebort, CT 06604
<bbloss@koskoff.com>
<mblumenthal@koskoff.com>

*Attorneys for Plaintiff*

Stephen P. Brown
Nicole R Cuglietto
WILSON ELSER MOSKOWITZ
   EDELMAN & DICKER
1010 Washington Blvd., 8th Floor
Stamford, CT 06901
<stephen.brown@wilsonelser.com>
<nicole.cuglietto@wilsonelser.com>

*Attorney for Defendant*
*Midas Resources, Inc.*

Wolfgang Halbig
25526 Hawks Run Lane
Sorrento, FL 32776
<wolfgang.halbig@comcast.net>

*Self-Represented Defendant*

Lawrence L. Connelli
REGNIER TAYLOR CURRAN & EDDY
100 Pearl Street, 4th Floor
Hartford, Connecticut 06103
<LConnelli@rtcelaw.com>

*Attorney for Defendant*
*Cory T. Sklanka*

Ted Anderson
Genesis Communications Network, Inc.
190 Cobblestone Lane
Burnsville, MN 55337
<t.anderson@gcnlive.com>

*Representative for Defendant*
*Genesis Communications Network, Inc.*

                    /s/ Jay M. Wolman
                    Jay M. Wolman