## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM SHERLACH, <br>     PLAINTIFFS, | : | CIVIL ACTION NO: <br> 3:18-cv-01269 |
| v. | | |
| ALEX EMRIC JONES, et al <br>     DEFENDANTS | : | AUGUST 21, 2018 |

### DEFENDANT CORY T. SKLANKA'S MOTION TO DISMISS

Pursuant to D. Conn. L. Civ. R. 7(a) and Fed R. Civ. P. 12(b)(6), Defendant, Cory T. Sklanka, by and through its counsel, hereby moves this Court to dismiss Plaintiff's Complaint as against Cory T. Sklanka. The plaintiffs' complaint as against Cory T. Sklanka, fails to state a claim upon which relief may be granted and must therefore be dismissed.

WHEREFORE, Cory T. Sklanka respectfully requests that the Court enter an order dismissing the plaintiff's complaint as against Cory T. Sklanka, in its entirety.

Dated:      Hartford, Connecticut <br>
               August 21, 2018

Respectfully Submitted,

Regnier, Taylor, Curran & Eddy

By   /s/ Lawrence L. Connelli
Lawrence L. Connelli (ct06278)
Attorneys for Defendant
Cory T. Sklanka

100 Pearl Street – 4th Floor
Hartford, CT 06103
860-249-9121
860-527-4343 (fax)
lconnelli@rtcelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2018, a copy of the foregoing motion to dismiss was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By   /s/ Lawrence L. Connelli
Lawrence L. Connelli (ct06278)
Regnier, Taylor, Curran & Eddy
100 Pearl Street – 4TH Floor
Hartford, CT  06103
860-249-9121
860-527-4343 (fax)
lconnelli@rtcelaw.com